Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-435-731**

**Effective Date of Registration:**
March 04, 2025
**Registration Decision Date:**
March 05, 2025

## Title

    **Title of Work:** A summer day in 1987.

## Completion/Publication

    **Year of Completion:** 2024
    **Date of 1st Publication:** June 05  2023
    **Nation of 1st Publication:** United Kingdom

## Author

-     **Author:** Andy Cheal
    **Author Created:** 2-D artwork
    **Citizen of:** United Kingdom

## Copyright Claimant

    **Copyright Claimant:** Andy Cheal
    26 Hanbury Street, London, e16qr

## Rights and Permissions

    **Name:** Andy Cheal
    **Email:** chealandy9@gmail.com
    **Address:** 26 Hanbury Street,
    London, e16qr

## Certification

    **Name:** Andy Cheal
    **Date:** March 04,  2025

Page 1 of 2

