UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
Eastern Division

Andy Cheal
                Plaintiff,
v.                                       Case No.: 1:25–cv–04329
                                                Honorable Mary M. Rowland
John Doe
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 22, 2025:

      MINUTE entry before the Honorable Mary M. Rowland: Case set for in person status on 5/6/25 at 9:30 AM. It Is not clear to the court who the named defendants are. Plaintiff should come to court prepared to address that matter. Mailed notice. (jg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.