IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Andy Cheal,<br><br>    Plaintiff,<br><br>v.<br><br>John Doe,<br><br>    Defendant. | Case No. 1:25-cv-04329<br><br>District Judge  Mary M. Rowland<br><br>Magistrate  Judge   Jeffrey T. Gilbert |

**PLAINTIFF'S NOTICE REGARDING IDENTIFICATION OF DEFENDANT AND REQUEST FOR COURT TO CONSIDER MATTER ON THE PAPERS**

Plaintiff Andy Cheal respectfully submits this notice to confirm for the Court the information previously filed on the docket identifying the defendant in this matter.

On April 21, 2025, Plaintiff filed a sealed document (Dkt. No. 10), which is Exhibit 2 to the Declaration of Andy Cheal (Dkt. No. 9). This sealed document contains the identifying information for the Defendant, which is an e-commerce store on Amazon. Although Plaintiff refers to this e-commerce store throughout its filings as John Doe, the name of the Amazon store appears in Exhibit 2.

Plaintiff respectfully requests that the Court kindly consider this submission when reviewing the issue of Defendant identification. Plaintiff remains prepared to address this matter at a status hearing

if the Court deems it necessary but respectfully submits that the issue may be resolved through consideration of Exhibit 2 as Plaintiff hopes the Court will consider its motion for a temporary restraining order without possibly unnecessary delay.

Dated: April 23, 2025       Respectfully submitted,

*Counsel for Andy Cheal*

Paul Kossof (ARDC #6319307), KossofIPR
875 N. Michigan Ave, Suite 3115 Chicago, IL 60611
224-433-1553
p.kossof@kossofipr.com