IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
ILLINOIS EASTERN DIVISION

| | |
|---|---|
| Andy Cheal,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>John Doe,<br><br>　　　　　　Defendant. | Case No. 1:25-cv-04329<br><br>District Judge Mary M. Rowland<br><br>Magistrate Judge Jeffrey T. Gilbert |

### NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Andy Cheal hereby voluntarily dismisses Defendant **shenzhenshi yirunkeji youxiangongsi d/b/a EYZUTAK** from this action without prejudice.

Although Defendant has filed an opposition to Plaintiff's Motion for Temporary Restraining Order (Dkt. 21), Defendant has not served or filed an answer, a motion under Rule 12(b), or a motion for summary judgment.

Accordingly, dismissal without a court order is proper under Rule 41(a)(1)(A)(i).

Dated    May 6, 2025                                Respectfully submitted,

*Counsel for Andy Cheal*

Paul Kossof (ARDC #6319307), KossofIPR
875 N. Michigan Ave, Suite 3115
Chicago, IL 60611
224-433-1553
p.kossof@kossofipr.com